In the Matter of LISA ANDERSON, Appellant, v CHANDLER BARLOW, Respondent. (Appeal No. 1.) [682 NYS2d 788] —Order unanimously affirmed without costs. Memorandum: Petitioner contends that Family Court erred in dismissing her custody

petition. We disagree. The court was "in the best position to evaluate the character and credibility of the witnesses" (*Matter of Paul C. v Tracy C.*, 209 AD2d 955, 956), and we see no reason to disturb the court's determination. Similarly, the court properly determined that respondent's relocation was in the best interests of the child (*see, Matter of Tropea v Tropea*, 87 NY2d 727, 741). Finally, the court did not abuse its discretion in failing to impose sanctions against respondent for violating a 1993 custody determination. (Appeal from Order of Erie County Family Court, Townsend, J.—Custody.) Present—Denman, P. J., Green, Hayes, Callahan and Balio, JJ.